# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY BOUYER<br><br>           Plaintiff(s),<br><br>     v.<br><br>STERLING REAL ESTATE GROUP, LLC, et al.<br><br>           Defendant(s). | CASE NO.<br>2:20−cv−00621−DSF−JPR<br><br>**Order to Show Cause re Dismissal for Lack of Prosecution** |

   Default has been entered by the Clerk as to the remaining defendants. No motion for default judgment has been filed. Plaintiff is ordered to file a motion for default judgment on or before May 29, 2020. Failure to file a default judgment motion by that date may result in sanctions, including dismissal for failure to prosecute.

   IT IS SO ORDERED.

Date: April 29, 2020               /s/ *Dale S. Fischer*
                                   Dale S. Fischer
                                   United States District Judge