Joseph R. Manning, Jr., Esq. (State Bar No. 223381)
**MANNING LAW, APC**
20062 S.W. Birch St., Suite 200
Newport Beach, CA 92660
Office: (949) 200-8755
DisabilityRights@manninglawoffice.com

Attorneys for Plaintiff
ANTHONY BOUYER

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY BOUYER, an individual,<br><br>Plaintiff,<br><br>v.<br><br>STERLING REAL ESTATE GROUP, LLC, a California limited liability company; and DOES 1-10 inclusive,<br><br>Defendants**.** | Case No.: 2:20-cv-00621-DSF-JPR<br><br>Hon. Dale S. Fischer<br><br>**NOTICE OF SETTLEMENT AND REQUEST TO VACATE ALL CURRENTLY SET DATES**<br><br>Complaint Filed: January 22, 2020<br><br>Trial Date: None Set |

1
2   The Plaintiff hereby notifies the Court that a global settlement has been
3   reached in the above-captioned case and the Parties would like to avoid any
4   additional expense, and to further the interests of judicial economy.
5   The plaintiff, therefore, applies to this Honorable Court to vacate all currently
6   set dates with the exception that the Voluntary Dismissal with prejudice, as to all
7   parties, will be filed within 60 days.
8
9
10  Dated: June 11, 2020                         **MANNING LAW, APC**
11
12                                         By:   /s/ Joseph R. Manning, Jr.  Esq.
                                                 Joseph R. Manning, Jr., Esq.
13                                               Attorneys for Plaintiff
                                                 Anthony Bouyer
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1
NOTICE OF SETTLEMENT